NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JIMMY JERMAINE BROWN,            )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-4009
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____    )

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Jalal A. Harb, Judge.

Jimmy Jermaine Brown, pro se.


PER CURIAM.


          Affirmed.



SILBERMAN, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.